SELMAR GARAGE CORPORATION, Respondent, *v.* RINK REALTY CORPORATION, Appellant, et al., Defendants.

Argued February 28, 1949; decided April 14, 1949.

*Leonard Acker* for appellant.
*Otis M. Waters* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.